```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

FREDERICK DOUGLAS DIXON,         *

    Plaintiff,                  *

vs.                              *
                                             CASE NO. 4:23-CV-24 (CDL)

DARRYL STARLING, *et al.*,       *

    Defendants.                 *

## O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 15, 2025 is hereby approved, adopted, and made the Order of the Court. The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 28th day of January, 2026.

                                                      s/Clay D. Land
                                                      CLAY D. LAND
                                                      U.S. DISTRICT COURT JUDGE
                                                      MIDDLE DISTRICT OF GEORGIA