IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| FREDERICK DOUGLAS DIXON, | * |
| Plaintiff, | * |
| v. | Case No. 4:23-cv-24-CDL-AGH |
| | * |
| DARRYL STARLING, *et al.*, | |
| | * |
| Defendant. | |
| | * |

# JUDGMENT

Pursuant to this Court's Orders dated 7/14/2023, 1/19/2024 and 1/28/2026, having accepted the recommendations of the United States Magistrate Judge as stated, JUDGMENT is hereby entered dismissing this action.

This 28th day of January, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk